IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JASON AARON MURPHY, #217 141       *

    Plaintiff,                                          *

    v.                                                        * CIVIL ACTION NO. 2:04-CV-543-B
                                                                                 (WO)

DEPUTY COLLEY, *et al.*,                     *

    Defendants.                                      *

_____

**MEMORANDUM OPINION**

    Plaintiff filed this 42 U.S.C. § 1983 action on June 3, 2004. On June 16, 2004 the court entered an order of procedure that advised Plaintiff, among other things, that if moved to a different institution or was released, he must immediately inform the court and Defendants of his new address. (Doc. No. 4.)

    The court recently ascertained that Plaintiff is no longer at the most recent address he provided to the court. Consequently, an order was entered on September 29, 2005 directing Plaintiff to provide the court with his present address on or before October 11, 2005. ( Doc. No. 21.) Plaintiff was cautioned that his failure to comply with the court's October 11 order would result in dismissal of this case. (*Id*.) Because Plaintiff has filed nothing in response to this order, the court concludes that this case shall be dismissed.

A separate order follows.

Done this 17th day of October 2005.

                                               **/s/ Delores R. Boyd**
                                               DELORES R. BOYD
                                               UNITED STATES MAGISTRATE JUDGE